


PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014
EP14F May 2020
OD: 12 1/2 x 9 1/2


FILED
OCT 21 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

Click-N-Ship®

usps.com    9405 5301 0935 5049 7651 89 0090 0001 0001 9801
$9.00
US POSTAGE

U.S. POSTAGE PAID
Click-N-Ship®

10/18/2024    Mailed from 72601  319862907368244

PRIORITY MAIL®

DAVID STEBBINS
APT D
123 W RIDGE AVE
HARRISON AR 72601-4236

10/21/2024
Flat Rate Envelope
RDC 03
C012

U.S.M.S.
X-RAY


US DISTRICT COURT FOR THE DISTRICT OF [DE]
UNIT 18
844 N KING ST
WILMINGTON DE 19801-3519

USPS TRACKING #


9405 5301 0935 5049 7651 89

