Dear Clerk's Office for the US District Court for the District of Delaware,

Please find, enclosed, the following filings:

For Case 1:24-mc-478 (MN), the case where I am seeking to obtain subpoenas to identify three different online copyright infringers so I can so them, please find ...

1. The AO239 In Forma Pauperis Application, which the judge ordered me to file in Dkt. 7 in that case; and

2. My Motion for CM/ECF Access

In addition that, please also find enclosed two new complaints that I wish to file: One against a defendant who goes by the alias "Skibbidy Dibbity," and another against both Rumble Inc. and another defendant who goes by the alias "The Spectre Report." Both of these are individuals that I am seeking to identify using a subpoena in the above-styled miscellanous case. In Dkt. 6 in that case, the district court invited me to file these lawsuits against John Doe defendants, so I am taking the Court up on that offer.

For both of these new cases, please find enclosed ...

1. the Complaint;

2. my Application for Leave to Proceed In Forma Pauperis; and

3. my Motion for CM/ECF Access for both cases.

Please file these motions forthwith. Once the tracking number shows that this has been delivered, I will call you to obtain case numbers for the two new cases.

Sincerely,

*David J. Stebbins*

David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com

FILED
OCT 21 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE