**PRESS FIRMLY TO SEAL**

**PRESS FIRMLY TO SEAL**

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED



# PRIORITY® MAIL

- ■ Expected delivery date specified for domestic use.
- ■ Most domestic shipments include up to $50 of insurance (restrictions apply).*
- ■ USPS Tracking® included for domestic and many international destinations.
- ■ Limited international insurance.**
- ■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2



FILED

OCT 21 2024

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

---

 **UNITED STATES POSTAL SERVICE®**    **Click-N-Ship®**

**P**

usps.com          9405 5301 0935 5049 7651 89 0090 0001 0001 9801
$9.00
US POSTAGE

U.S. POSTAGE PAID
Click-N-Ship®



10/18/2024          Mailed from 72601    319862907368244

## PRIORITY MAIL®

DAVID STEBBINS                                    10/21/2024
APT D                                        Flat Rate Envelope
123 W RIDGE AVE                                  RDC 03
HARRISON AR 72601-4236

 U.S.M.S. X-RAY          C012

US DISTRICT COURT FOR THE DISTRICT OF
UNIT 18
844 N KING ST
WILMINGTON DE 19801-3519

### USPS TRACKING #



9405 5301 0935 5049 7651 89



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.