IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Misc. Action No. 24-478 (MN) |
| | ) |
| GOOGLE, LLC, et al., | ) |
| | ) |
| Respondents. | ) |

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-1173 (MN) |
| | ) |
| JOHN DOE, d/b/a Skibbidy Dibbidty, | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-1174 (MN) |
| | ) |
| RUMBLE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

At Wilmington, this 14th day of November 2024;

IT IS HEREBY ORDERED that Petitioner/Plaintiff's Renewed Motion for Authorization to File Electronically (D.I. 12 in Misc. Action 24-478; D.I. 7 in C.A. No. 24-1173; D.I. 7 in C.A. No. 24-1174) is GRANTED. Petitioner/Plaintiff is granted e-filing privileges for these

actions ONLY. Petitioner/Plaintiff shall contact the Clerk's Office Help Desk at (302) 573-6170 in order to obtain the applicable CM/ECF registration form.

/s/ Maryellen Noreika
The Honorable Maryellen Noreika
United States District Judge