IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS,                                  )
                                                 )
                    Plaintiff,                   )
                                                 )
        v.                                       )   C.A. No. 24-1173 (MN)
                                                 )
JOHN DOE, d/b/a Skibbidy Dibbidty,               )
                                                 )
                    Defendant.                   )

### ORDER

At Wilmington, this 13th day of May 2025;

WHEREAS, on October 21, 2024, Plaintiff David Stebbins, of Harrison, Arkansas, commenced this action by filing a Complaint against Defendant John Doe d/b/a Skibbity Dibbity, whose name and address are unknown (D.I. 2);

WHEREAS neither party in the abovenamed civil action appears to be a citizen of Delaware, and this case otherwise has no connection to this District;

WHEREAS "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought," 28 U.S.C. § 1406(a); and

WHEREAS the only appropriate venue apparent from the Complaint is the Western District of Arkansas, where Plaintiff resides;

THEREFORE, IT IS HEREBY ORDERED that the Clerk of Court is **DIRECTED** to immediately **TRANSFER** this action to the United States District Court for the Western District of Arkansas, Harrison Division.

The Honorable Maryellen Noreika
United States District Judge