UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS,                                                                              PLAINTIFF

VS.                                           Case No. 1:24-cv-01174-MN

JOHN DOE, d.b.a. SKIBBITY DIBBITY                                            DEFENDANT

### MOTION TO TRANSFER CASE TO DISTRICT WHERE DEFENDANT RESIDES

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Transfer Case to District Where Defendant Resides in the above-styled action.

1. When this Court ordered a transfer to the US District Court for the Western District of Arkansas, it did not go through. See **Exhibit A**, which is a screenshot of my search results when I search on the PACER service for the Western District of Arkansas for cases filed since 2024 where my last name is a party to the case. As you can see, there are no cases that match those search results, proving that the transfer did not go through.

2. It is common knowledge among those schooled in the law that, as a matter of public policy, the plaintiff's choice of venue is to be given great deference. Therefore, if I cannot have the case in this district, then I ask that the case instead be transferred to the US District Court where the Defendant resides.

3. In related case 1:24-mc-00478-MN, I am petitioning the Court to issue a subpoena duces tecum to Google LLC to disclose the legal name and address of the defendant. Once that petition has been responded to, we will know what district to transfer the case to.

4. The Court of Appeals has already overturned this Court's decision in the related case. See Case No. 25-2007 in the 3rd Circuit Court of Appeals, Docket Entry #30. Therefore, if the Court wishes to double down on its decision not to issue the subpoena, it will have to actually give

-1-

specific findings of fact and conclusions of law showing why denial is proper, which it will not be able to do.

5. Wherefore, premises considered, I respectfully pray that this Motion be granted.

So requested on this, the 7th day of January, 2026.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com