# Exhibit A

**Query**   **Reports**   **Utilities**   **Help**   **Log Out**

## No information was found that matched the search criteria entered.

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/07/2026 14:31:34 | | | |
| **PACER Login:** |  | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/1/2024 Filed To: TODAY Last Name: Stebbins First Name: David Type: pty |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |