UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS,                                                              PLAINTIFF

VS.                                    Case No. 1:24-cv-01174-MN

JOHN DOE, d.b.a. SKIBBITY DIBBITY                              DEFENDANT

### UPDATE ON DEFENDANT'S IDENTITY AND SUPPLEMENT

### TO MOTION TO TRANSFER

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Update regarding the Defendant's Identity and Supplement to ECF 10, Motion to Transfer Case to District in which Defendant Resides.

**Defendant's name is Brandon Hill who resides in Worthstown, NJ.**

1.      Google has responded to the subpoena to the extent that it seeks the identity of SkibbidyDibbity. See **Exhibit A** and **Exhibit B**. As you can see from Exhibit A, Doe uses a recovery phone number of (609) 752-2017 and a recovery email of brandonhillathome@gmail.com.

2.      Using the information provided, I conducted searches based on this phone number and these email addresses, using the services of www.spokeo.com, www.beenverified.com, and www.publicrecords.us. See **Exhibit C**, **Exhibit D**, and **Exhibit E**. All of them verify that the name of the person associated with that phone number is Brandon Hill, which matches with his recovery email of brandonhillathome.

3.      The records also show that the Defendant either currently resides or most recently resided at the address of 222 Chestnut Dr., Wrightstown, NJ 08562, which he resides in as recently as April 17, 2026. See Exhibit E, Page 3.

4.      I then used a burner phone number to contact him at that phone number. He confirmed that it indeed was him, and that he was indeed still "of Wrightstown, NJ." See **Exhibit F**.

### Supplement to Motion to Transfer

5.      In ECF 10, I asked that the case be transferred to the district which the Defendant resides, once we learn which district that is.

6.      Now, we know that that court is the US District Court for the District of New Jersey – Trenton Division.

7.      I therefore respectfully ask that the Court transfer the case to that district for a full

-1-

adjudication on the merits.

## Conclusion

8.      Wherefore, premises considered, I respectfully pray that the case be transferred to the US District Court for the District of New Jersey, and for any other relief to which I may be entitled.

So requested on this, the 17th day of April, 2026.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com