# Exhibit A

Google Account

file:///C:/Users/stebb/AppData/Local/Temp/b566ac20-6873-43a0-9bd5...

Case 1:24-cv-01173-MN    Document 11-1    Filed 04/18/26    Page 2 of 3 PageID #: 46

############## * Google Confidential and Proprietary * ###############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 1067714820893
Name: Skibbity Viddity
Given Name: Skibbity
Family Name: Viddity
e-Mail: skibbityviddity@gmail.com
Alternate e-Mails:

Created on: 2021-11-08 14:54:20 Z
Terms of Service IP: 2601:89:100:49c0:d112:3e09:aed2:7e6b
Terms of Service Language: en
Provider for Consumer Services: Google LLC
Birthday (Month Day, Year): October 1, 1997

Services: Gmail, Web & App Activity, YouTube, Google Hangouts, Google Calendar, Android, Location History
Unregistered Services: Is Ams Half Created

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2025-11-10 02:21:03 Z
Last Logins: 2023-02-07 02:22:53 Z, 2022-04-05 14:55:14 Z, 2022-01-19 01:24:18 Z

## ACCOUNT RECOVERY

Contact e-Mail: skibbityviddity@gmail.com
Recovery e-Mail: brandonhillathome@gmail.com
Recovery SMS: +16097522017 [US]

## PHONE NUMBERS

User Phone Numbers: +16097522017 [US],
2-Step Verification Phone Numbers:

## DEVICE INFORMATION

No Devices

## IP ACTIVITY

No User IP Logs

Google Account           file:///C:/Users/stebb/AppData/Local/Temp/b566ac20-6873-43a0-9bd5...

Case 1:24-cv-01173-MN    Document 11-1    Filed 04/18/26    Page 3 of 3 PageID #: 47

## MADISON INFORMATION

### MADISON ADMIN INFORMATION

### OUTSTANDING MADISON INVITATION INFORMATION

No Madison Invitees.
### MADISON ACL CHANGES

No Madison ACL Change History.

############### * **Google Confidential and Proprietary** * ###############