# Exhibit B

############### * Google Confidential and Proprietary * ###############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 179932367253
Name: Skibbity Viddity
Given Name: Skibbity
Family Name: Viddity
e-Mail: thedropoutscout@gmail.com
Alternate e-Mails:

Created on: 2014-05-13 23:26:49 Z
Terms of Service IP: 68.44.172.202
Terms of Service Language: en
Provider for Consumer Services: Google LLC
Birthday (Month Day, Year): October 1, 1997

Services: Web & App Activity, Gmail, Google Photos, Google Hangouts, YouTube, Location History, Google Calendar, Android
Unregistered Services: [Unknown service] 384, [Unknown service] 386, Google+

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2026-02-23 13:06:22 Z
Last Logins: 2026-01-12 01:36:53 Z, 2025-12-07 21:04:36 Z

## ACCOUNT RECOVERY

Contact e-Mail: TheDropoutScout@gmail.com
Recovery e-Mail: blackfire652@gmail.com
Recovery SMS:

## PHONE NUMBERS

User Phone Numbers:
2-Step Verification Phone Numbers:

## DEVICE INFORMATION

No Devices

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|
| 2026-01-12 01:37:31 Z | 2600:1002:b17a:c271:b94b:3b9b:7a18:80a5 | Login | | | Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/143.0.0.0 Mobile Safari/537.36,gzip(gfe) |

| | | | | | |
|---|---|---|---|---|---|
| 2026-01-12 01:36:53 Z | 2600:1002:b17a:c271:b94b:3b9b:7a18:80a5 | Login | | | Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/143.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2025-12-07 21:04:36 Z | 73.226.255.44 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/143.0.0.0 Safari/537.36,gzip(gfe) |
| 2025-11-25 01:14:37 Z | 73.226.255.44 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36,gzip(gfe) |
| 2025-11-24 19:45:55 Z | 73.226.255.44 | Logout | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36,gzip(gfe),gzip(gfe) |
| 2025-11-24 18:55:35 Z | 73.226.255.44 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36,gzip(gfe) |
| 2025-11-04 18:50:47 Z | 73.226.255.44 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36,gzip(gfe) |
| 2025-09-20 21:59:42 Z | 73.226.255.44 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/140.0.0.0 Safari/537.36,gzip(gfe) |
| 2025-09-20 21:48:08 Z | 73.226.255.44 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/140.0.0.0 Safari/537.36,gzip(gfe) |
| 2025-09-20 21:48:06 Z | 73.226.255.44 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/140.0.0.0 Safari/537.36,gzip(gfe),gzip(gfe) |
| 2025-09-13 00:46:59 Z | 2600:1002:b18c:7fd4:848c:4705:74bc:e876 | Login | | | Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/140.0.0.0 Mobile Safari/537.36,gzip(gfe) |

| 2025-08-28 11:32:32 Z | 73.226.255.44 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36,gzip(gfe) |
| 2025-08-28 11:32:00 Z | 73.226.255.44 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36,gzip(gfe) |
| 2025-08-13 13:41:41 Z | 2600:1002:b133:4ec2:c50f:bf45:9965:2a80 | Login | | | Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2025-07-31 15:29:57 Z | 73.226.255.44 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.0.0 Safari/537.36,gzip(gfe) |
| 2025-07-05 23:11:51 Z | 69.248.120.167 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.0.0 Safari/537.36,gzip(gfe) |

## MADISON INFORMATION

### MADISON ADMIN INFORMATION

### OUTSTANDING MADISON INVITATION INFORMATION

No Madison Invitees.
### MADISON ACL CHANGES

No Madison ACL Change History.

############### * **Google Confidential and Proprietary** * ###############