# Exhibit E

Case 1:24-cv-01173-MN     Document 11-5     Filed 04/18/26     Page 2 of 19 PageID #: 77

# Public Records

Property Report For:

## 222 CHESTNUT DR
## Wrightstown, NJ
## 08562

Prepared On:
**April 17, 2026**

Report Link

YOU MAY NOT USE OUR SERVICE OR THE INFORMATION IT PROVIDES TO MAKE
DECISIONS ABOUT CONSUMER CREDIT, EMPLOYMENT, INSURANCE OR TENANT
SCREENING. BECAUSE ERRORS CAN OCCUR WITH ANY DATA SOURCES, SOME
RECORDS MAY NOT BE ACCURATE OR UP TO DATE.

4/17/2026, 11:27 AM

Case 1:24-cv-01173-MN Document 11-5 Filed 04/18/26 Page 3 of 19 PageID #: 78

# 222 Chestnut Dr

Wrightstown NJ 08562 (Burlington County)

ESTIMATED VALUE

## $566K - $848K

**Built in 1993** • **Residential** • **2,757 sq. ft. Living Area**

## Satellite View & Map



## Owners & Residents

MOST RECENT OWNER OR RESIDENT

**Brandon R Hill**

28 Years Old

DATES AT LOCATION: 03/26/2019 to 04/17/2026

MOST RECENT OWNER OR RESIDENT

**Brian F Hill**

64 Years Old

DATES AT LOCATION: 09/01/1995 to 04/17/2026

MOST RECENT OWNER OR RESIDENT

**Erin K Hill**

28 Years Old

DATES AT LOCATION: 03/26/2019 to 04/17/2026

MOST RECENT OWNER OR RESIDENT

**Joan K Keating**

68 Years Old (Deceased 2002)

DATES AT LOCATION: 01/01/2003 to 04/17/2026

MOST RECENT OWNER OR RESIDENT

**Kathryn Ann Keating-hill**

65 Years Old

DATES AT LOCATION: 09/01/1995 to 10/23/2025

**Melissa Ellen Hodges**

48 Years Old

DATES AT LOCATION: 01/24/2003

---

**Richard Calvin Sayers**

74 Years Old

DATES AT LOCATION: 02/01/1993 to 01/23/2003

---

**Lori Lea Sayers**

74 Years Old

DATES AT LOCATION: 01/10/1993 to 01/23/2003

---

**Kathy Anne Keating**

64 Years Old

DATES AT LOCATION: 10/19/1995

# Property Details

## Overall Attributes

NUMBER OF STORIES: 2

YEAR BUILT: 1993

## Interior Dimensions

PARKING SPACES: 2

PARKING TYPE: Garage, Attached

## Other

EXTERIOR WALL TYPE: Wood

FIRE SPRINKLERS: No

HEATING: None

LEGAL DESCRIPTION:
10 8001, HANOVER POND SEC 11, 10 800.01, HANOVER POND SEC 02

# Lot Information



## Overview

| | |
|---|---|
| **LEGAL DESCRIPTION** | **LAND USE CODE** |
| 10 8001HANOVER POND SEC 1110 800.01HANOVER POND SEC 1110 800.01HANOVER POND SEC 0210 8001 | Single Family Residence |
| **COUNTY LAND USE CODE** | **COUNTY** |
| 34005 | Burlington |

SUBDIVISION NAME

Hanover Pond Sec 11

TYPE OF DEED

Deed Of Trust

COORDINATES

40.071484, -74.573235

LAND SQFT

45,651 sq. ft.

LAND ACRES

1.05 acres

ASSESSED YEAR

2025

ASSESSED VALUE

$400,000

LAND VALUE

$73,500

IMPROVEMENTS VALUE

$326,500

PARCEL NUMBER

26 00800- 01-00010

TRACT NAME

Census Tract 7045

GEOID

34005704500

QUALIFIED GEOID

1400000US34005704500

# Liens

NO SOLAR, MECHANICAL, TAX, OR TRANSACTION LIENS FOUND IN OUR DATABASE

# Loans, Assignment & Releases

## Loan Summary

AMORTIZATION DATE
April 06, 2024

EST. AVAILABLE EQUITY
$474,733

EST. LENDABLE EQUITY
$379,786

AMORTIZED LOAN TO VALUE
24%

## First Loan Position

RECORDING DATE
September 22, 2020

LOAN AMOUNT
$160,000

RATE TYPE
ADJUSTABLE RATE

LENDER NAME
BANK OF AMERICA

# Home Value

TOTAL VALUE - UPDATED 03-13-2026

## $741,900

CONFIDENCE
SCORE

**76**

PROBABLE MARKET RANGE

$565,800 - $847,600

CHANGE FROM
LAST YEAR

**+5.4%**

## Historical Market Value



| DATE | TOTAL VALUE | CHANGE |
|------|-------------|--------|
| 2026-03 | $741,900 | +5.4% |
| 2025-12 | $704,100 | +14.9% |

| Date | Value | Change |
|---|---|---|
| 2024-12 | $612,900 | -1.4% |
| 2023-12 | $621,400 | +9.0% |
| 2022-12 | $570,200 | +3.8% |
| 2021-12 | $549,297 | +21.2% |
| 2020-12 | $453,120 | +3.6% |
| 2019-12 | $437,400 | +6.8% |
| 2018-12 | $409,500 | -10.2% |
| 2017-12 | $456,000 | +15.4% |
| 2016-12 | $395,000 | +0.3% |
| 2015-12 | $394,000 | -2.7% |
| 2014-12 | $404,830 | +1.3% |
| 2013-12 | $399,770 | -5.9% |
| 2012-09 | $424,727 | -6.0% |
| 2011-12 | $451,849 | - |

# Deeds & Sales Records

 **September 04, 2020**

## Deed Of Trust

RESIDENTIAL   •   LINE OF CREDIT

### 🏠 BUYER

**Brian F Hill  Kathryn A Keating-hill**

222 CHESTNUT DR WRIGHTSTOWN NJ 085621625

### LENDER DETAILS

LENDER
Bank

MORTGAGE
$160,000

### COUNTY RECORDS

APN #
26 00800- 01-00010

DOCUMENT TYPE
Deed Of Trust

COUNTY
Burlington

PURCHASE TYPE
Mortgage

## TITLE RECORDS

TRANSACTION ID

911926353

COMPANY

Wfg Lender Services

CODE

13711

BLOCK

8001

LOT

10

## MORTGAGES RECORDS

TERM

30 years

TERM DATE

09/21/2050

RATE TYPE

Adjustable Rate

LENDER NAME

Bank Of America

LENDER ADDRESS

Charlotte, NC

## BUYER RECORDS

VESTING CHANGES

# Property Taxes



PROPERTY TAX

**$9,544**

TAX RATE

**2.39%**

CHANGE FROM
LAST YEAR

**+6.1%**



LAND VALUE

**$73,500**

IMPROVEMENT VALUE

**$326,500**

TOTAL VALUE

**$400,000**

## Property Tax History



| YEAR | PROPERTY TAX | CHANGE |
|------|--------------|--------|
| 2025 | $9,544 | **+6.1%** |

| LAND | | ADDITIONS | | ASSESSMENT |
|------|---|-----------|---|------------|
| $73,500 | + | $326,500 | = | $400,000 |

| YEAR | PROPERTY TAX | CHANGE |
|------|--------------|--------|
| 2021 | $8,996 | **+0.3%** |

| LAND | | ADDITIONS | | ASSESSMENT |
|------|---|-----------|---|------------|
| $73,500 | + | $326,500 | = | $400,000 |

| YEAR | PROPERTY TAX | CHANGE |
|------|--------------|--------|
| 2020 | $8,972 | **+5.6%** |

| LAND | | ADDITIONS | | ASSESSMENT |
|------|---|-----------|---|------------|
| $73,500 | + | $326,500 | = | $400,000 |

| YEAR | PROPERTY TAX | CHANGE |
|------|--------------|--------|
| 2019 | $8,496 | **0.0%** |

| LAND | | ADDITIONS | | ASSESSMENT |
|------|---|-----------|---|------------|
| $73,500 | + | $326,500 | = | $400,000 |

| YEAR | PROPERTY TAX | CHANGE |
|------|--------------|--------|
| 2018 | $8,496 | **+2.2%** |

| LAND | | ADDITIONS | | ASSESSMENT |
|------|---|-----------|---|------------|
| $73,500 | + | $326,500 | = | $400,000 |

| YEAR | PROPERTY TAX | CHANGE |
|------|--------------|--------|
| 2017 | $8,316 | **+0.3%** |

| LAND | | ADDITIONS | | ASSESSMENT |
|------|---|-----------|---|------------|
| $73,500 | + | $326,500 | = | $400,000 |

| YEAR | PROPERTY TAX | CHANGE |
|------|--------------|--------|
| 2016 | $8,292 | **-0.6%** |

| LAND | | ADDITIONS | | ASSESSMENT |
|------|---|-----------|---|------------|
| $73,500 | + | $326,500 | = | $400,000 |

| YEAR | PROPERTY TAX | CHANGE |
|------|--------------|--------|
| 2015 | $8,344 | **+5.9%** |

| LAND | | ADDITIONS | | ASSESSMENT |
|------|---|-----------|---|------------|
| $76,000 | + | $326,500 | = | $402,500 |

| YEAR | PROPERTY TAX | CHANGE |
|------|--------------|--------|
| 2014 | $7,880 | **+4.3%** |

| LAND | | ADDITIONS | | ASSESSMENT |
|------|---|-----------|---|------------|
| $85,000 | + | $335,700 | = | $420,700 |

| YEAR | PROPERTY TAX | CHANGE |
|------|--------------|--------|
| 2013 | $7,556 | 0.0% |

| LAND | ADDITIONS | ASSESSMENT |
|------|-----------|------------|
| $85,000 | + $335,700 | = $420,700 |

| YEAR | PROPERTY TAX | CHANGE |
|------|--------------|--------|
| 2012 | $7,556 | +1.1% |

| LAND | ADDITIONS | ASSESSMENT |
|------|-----------|------------|
| $85,000 | + $335,700 | = $420,700 |

| YEAR | PROPERTY TAX | CHANGE |
|------|--------------|--------|
| 2011 | $7,472 | +4.8% |

| LAND | ADDITIONS | ASSESSMENT |
|------|-----------|------------|
| $85,000 | + $335,700 | = $420,700 |

| YEAR | PROPERTY TAX | CHANGE |
|------|--------------|--------|
| 2010 | $7,127 | -2.6% |

| LAND | ADDITIONS | ASSESSMENT |
|------|-----------|------------|
| $60,500 | + $160,850 | = $221,350 |

| YEAR | PROPERTY TAX | CHANGE |
|------|--------------|--------|
| 2009 | $7,316 | +12.8% |

| LAND | ADDITIONS | ASSESSMENT |
|------|-----------|------------|
| $60,500 | + $160,850 | = $221,350 |

| YEAR | PROPERTY TAX | CHANGE |
|------|--------------|--------|
| 2008 | $6,483 | 0.0% |

| LAND | ADDITIONS | ASSESSMENT |
|------|-----------|------------|
| $60,500 | + $160,850 | = $221,350 |

| YEAR | PROPERTY TAX | CHANGE |
|------|--------------|--------|
| 2007 | $6,483 | – |

| LAND | ADDITIONS | ASSESSMENT |
|------|-----------|------------|
| $60,500 | + $160,850 | = $221,350 |

# Building Permits

No Building Permits found

# Foreclosures

No Foreclosures found