IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID STEBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-1173 (MN) |
| | ) | |
| JOHN DOE, d/b/a Skibbidy Dibbidty, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

At Wilmington, this 5th day of August 2026;

WHEREAS, on October 21, 2024, Plaintiff David Stebbins, of Harrison, Arkansas, commenced this action by filing a Complaint against Defendant John Doe d/b/a Skibbity Dibbity, whose name and address are unknown (D.I. 2);

WHEREAS, neither party in the above-referenced civil action appears to be a citizen of Delaware, and this case otherwise has no connection to this District;

WHEREAS, "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought," 28 U.S.C. § 1406(a);

WHEREAS, on May 13, 2025, the Court ordered that the case be transferred to the Western District of Arkansas (D.I. 9), but the electronic transfer did not go through;

WHEREAS, thereafter Plaintiff moved to transfer the case to a district TBA (D.I. 10), which he then supplemented to clarify that he seeks to transfer the case to the District of New Jersey (D.I. 11); and

WHEREAS, from subpoenaed information, it appears that the Defendant resides in New Jersey and that transfer to the District of New Jersey is appropriate.

THEREFORE, IT IS HEREBY ORDERED that the Clerk of Court is **DIRECTED** to immediately **TRANSFER** this action to the United States District Court for the District of New Jersey.

The Honorable Maryellen Noreika
United States District Judge